**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| GLEN FOLSOM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-13-632-D |
| | ) | |
| MARK KNUTSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# O R D E R

Plaintiff, a state prisoner appearing *pro se* and *in forma pauperis,* brought this action to assert violations of his constitutional rights during his incarceration. Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Suzanne Mitchell for initial proceedings. Plaintiff filed a motion for a temporary restraining order and a preliminary injunction [Doc. No. 15]. On August 16, 2013, the Magistrate Judge filed a Report and Recommendation [Doc. No. 17] in which she recommended that the motion be denied.

In the Report and Recommendation, the Magistrate Judge advised Plaintiff of his right to object to the findings and conclusions set forth therein, and she scheduled a September 5, 2013 deadline for filing objections. In addition, the Magistrate Judge cautioned Plaintiff that his failure to timely object would waive appellate review of the recommended ruling.

The deadline for filing objections has expired, and Plaintiff did not object or seek an extension of time in which to do so. Accordingly, the Report and Recommendation [Doc. No. 17] is adopted as though fully set forth herein. The motion for a temporary restraining order and a preliminary injunction [Doc. No. 15] is DENIED. This ruling does not conclude the case, which

remains under referral to the Magistrate Judge for further proceedings.[1]

    IT IS SO ORDERED this 10th day of September, 2013.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE

---

[1] On September 4, 2013, this case was transferred from Judge Mitchell to United States Magistrate Judge Charles B. Goodwin, and the transfer was noted on the case docket on that date.