Name: Glen Folsom
DCF-F-C-108
Address: 6888 E 133rd Road
Holdenville, OK 74848-9033

**FILED**
DEC 11 2013
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKL
BY ____KR____

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

Glen Folsom, Plaintiff
(Full Name)

CASE NO. _____
(To be supplied by the Clerk)

v.

Mark Knutson et al., Defendant(s)
Tracy McCollum, Janet Dowling, Dan Lacy's
Chanda Grice, Felicia Harris, mike mcDougal
Lt Lee, Jim Farris, chief of Security Francis

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

Judge Charles B. Goodwin

## A. JURISDICTION

1) Glen Folsom, is a citizen of Oklahoma
   (Plaintiff)                              (State)
   who presently resides at 6888 E 133rd Road Holdenville
                                              (Mailing address or place
   OK 74848-9033.
   of confinement)

2) Defendant Mark Knutson is a citizen of
              (Name of first defendant)
   Oklahoma City, Oklahoma, and is employed as
   (City, State)
   Director Designee. At the time the claim(s)
   (Position and title, if any)
   alleged in this complaint arose, was this defendant acting under color of
   state law? Yes ☑ No ☐. If your answer is "Yes", briefly explain:
   He is the overseer of all misconduct and
   Grievance in Okla City

XE-2  7/93                CIVIL RIGHTS COMPLAINT (42 U.S.C. §1983)

3) Defendant _Tracy McCollum_ is a citizen of
   (Name of second defendant)
   _Granite Oklahoma_, and is employed as
   (City, State)
   _Warden_. At the time the claim(s)
   (Position and title, if any)
   alleged in this complaint arose was this defendant acting under color of
   state law? Yes ☑ No ☐. If your answer is "Yes", briefly explain:
   _It was his job as warden to make all Staff go by all Rules concerning the Individual conduct as a employee of the State_
   (Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.) _____

## B. NATURE OF THE CASE

1) Briefly state the background of your case. _I was sexually harrassed by Defendant Dan Davis and when I started the grievance process I was instantly Fired From my job, then Chanda Grice wrote two misconducts on me in Retaliation I was Locked up in segregation. Feleca Harris would not give me all the policy OPs and Laws and Forms So I could appeal the misconduct and Grievances I need in segregation. Then to retaliation and Herrass me even more warden Janet Dowling shipped me to Oklahoma State Reformatory where my Life was in danger. Tracy McCollum warden at Okla State Reformatory Let his Staff herass and retaliation on me by one Not giving me stouff out the Law Library two Not giving me mental Health treatment as I needed, Mark Knutson Director Designee Retaliation and Herassed me on the misconducts and offender Grievance process. By not stopping this cruel and unusual Punishment I have gotten over trying to stop a male gard From sexually herassing me For months. Then I was beat on and Verbal Abused by Staff at Lexington and given another misconduct in retaliation over the sexually harrassment case I have on D.O.C. and placed in segregation and shipped again._

-2-
2

XE - 2   7/93

Defendant Janet Dowling is a citizen of Oklahoma who lives in Helena, and is employed as a warden at James Crabtree at the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law yes ☒ Its her job as warden to make all staff go by all Rules concerning the Individual conduct as a employee of the state.

Defendant Dan Davis is a citizen of Okahoma who lives in Helena, and is employed as a officer at Jame crabtree at the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law yes ☒ Its was against all Rules concerning the Individual conduct as a employee of the state when he sexually herassed me.

Defendant Chanda Grice is a citizen of Oklahoma who lives _____ and is/was employed as a medical staff at James Crabtree at the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law yes ☒ She was a Nurse at the time she wrote two misconducts and she was not acting as the Rules concerning the Individual conduct as a employee of the state.

Defendant Feleca Harris is a citizen of Oklahoma and is employed as a Law Library staff at James crabtree at the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state Law yes ☒ Its her job as Law Library staff to one make sure the offenders get there rights to the Law Library, two to go by all Rules concerning the Individual conduct as a employee of the state. three to make sure we have are rights to the courts.

Defendant Mike McDougal is a citizen of Oklahoma who lives in _____ and is employed as a unit manger at Lexington at the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state Law yes ☒ It was his Job to go by Rules concerning the Individual conduct as a employee of the state when he wrote the misconduct and verbal Abuse and beat on me on 7-19-13.

Defendant Lt. Lee is a citizen of Oklahoma who lives in _____ and is employed as a Lt. Officer at Lexington at the time the claim(s) alleged in this complaint arose, was this defendent acting under color of state Law yes ☒ It was his job to go by Rules concerning the Individual conduct as a employee of the state when he verbal Abused and beat on me on 7-19-13

3

Defendant mr Francis chief of security is a citizen of Oklahoma who Lives _____ and is employed as chief of security at Lexington Oklahoma at the time the claim(s) alleged in this complaint arose, was this defendant acting under color of State Law yes ☒ It was his job as chief of security to make his staff and himself go by all Rules concerning the Individual conduct as a employee of the state To stop all cruel and unusual punishment. To stop unjustifiable beating and repeated retaliation by his staff and hisself

Defendant Jim Farris is a citizen of Oklahoma who Lives in _____ and is employed as a warden at Lexington at the time the claim(s) alleged in this complaint arose, was this defendant acting under color of State Law yes ☒ It was his job as warden to make his staff and himself go by all Rules concerning the Individual conduct as employee of the state, To stop all cruel and unusual punishment. To stop unjustifiable beating and repeated retaliation by staff and hisself.

4

C. Cause of Action

1) I Allege that the Following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations.

A)(1) count 1: Dan Davis ex staff at James Crabtree violated my Eighth Amendment Right to be free from cruel and unusual punishment and 14 Amendment Right under life and equal protection from cruel harassment and retaliation and Eighth Amendment based on evidence sexual comments and Lack of privacy from staff and staff who abused prisoner acted under color of State law see: Giron V. Correction Corp of America 14 F. Supp. 2d 1245, 1248-51 (D. N. M. 1998 see sexual harassment during arrest states a Fourth Amendment claim, see Mathie V. Fries, 121 F.3d 808, 811-12 (2d Cir. 1997) Mr Davis exhibited malice, ill will, a desire to injure, or reckless indifference to Mr Folsom rights and life see Shango V. Jurich, 965 F.2d 289, 294-95 (7th cir 1992) and by PREA Prison Rape Elimination act of 2003 he should not acted the way he did.

<u>Supporting Facts</u>, Mr Davis sexualy harassed Mr Folsom for months with Mr Folsom telling Mr Davis to live him alone, That Mr Folsom was not gay to stop Mr Davis would come into the shower and make sexual comments and would not give privacy to Mr Folsom. From around 9-1-12 to around 11-25-12, It stopped after Folsom told staff he was call the news then staff called Internal Affairs. Mr Davis was gone.

<u>Count 2</u> Chanda Grice violated my Eight Amendment Right to be free from cruel and unusual punishment, and 14 Amendment Right under life and equal protection from cruel harassment and retaliation, she humiliated Mr Folsom see Henson V. Theran 698 F. Supp 150, 152 (N. D. III 1988) That became mental anguish see Northington V. Jackson 973 F.2d at 1524 see mental or emotional injury without physical injury 42 U.S.C. § 1997e(e) That became loss of liberty see Wright V. Sheppard 919 F.2d 655, 669-70 (4th cir 1990) that became retaliatory placement in segregation see TRobaugh V. Hall 176 F.3d 1087, 1089 (8th cir 1991 and see Maurer V. Patterson 197 F. R.D. 244, 249-50 (S.D.N.Y. 2000) she did denial

5

mr Folsom medical treatment see Boretti v. Wiscomb, 930 F 2d. 1150, 1155 (6th cir. 1991) That ended up a Transferring a mentally disturbed inmate to an overcrowded population with no psychiatric care see Cortes-Quinones v. Jiminez-Nettleship 842 F.2d 556, 559-60 (1st cir 1988) mis Grice verbally abusived mr Folsom Violated the Eighth Amendment see Evans v. Hennessy 934 F. Supp 127, 133 (D. Del. 1996) when she Lied on misconducts that exhibited malice, ill will, a desire to injure, or reckless indifference to mr Folsom right see: Shango v. Jurich, 965 F.2d 289, 294-95 (7th cir 1992) under PREA Prison Rape Elimination act of 2003 there is to be no cruel, Harassment or retalation over reporting sexual Harassment

<u>Supporting Facts</u> Chanda Grice wrote two misconducts on mr Folsom that was Lies, because mr Folsom reported Dan Davis her Friend For sexauly Herassment. That ended up getting mr Folsom put in segregation and transfered, that put mr Folsom Life in Danger mr Folsom has not been given medical treatment and ended up getting him beat by staff at Lexington Dept. of Corr. She mis Grice exhibited malice and ill will to mr Folsom From 12-24-12 to now.

count 3 Felicia Harris Violated mr Folsom 14 Amendment Right under Life and equal protection from cruel Harassment and retalation, and Loss of Liberty see Wright v. Sheppard 919 F. 2.d 655, 669-70 (11th cir. 1990) and Right to Law Library assistance see Bounds v. Smith 430 U.S. 817, 822, 97 S.Ct. 1491 (1977) then impeded mr Folsom see Lewis v. Casey 518 U.S. 343, 351-53, 116 S.Ct. 2174 (1996) was not able to Exhaustion of all Administrative Remedies see Nolley v. County of Erie 802 F. Supp 898, 909 (W.D. N.Y 1992) and denial of Law Library access Cowans v. Wyrick 862 F.2d 697, 699 (8th cir 1988) denial of court access mis Harris exhibited malice, ill will, a desire to injure, or reckless indifference to mr Folsom right and Life see Shango v. Jurich, 965 F.2d 289, 294-95 (7th cir 1992)

<u>Supporting Facts</u> Felicia Harris violated mr Folsom rights to a Fair hearing and appeals on misconducts mr Folsom right to Fair Grievances and to be able to Exhaustion of Administrative Remedies mis Harris would give mr Folsom wroung Forms and would not give policy and procedure and ops and Laws to mr Folsom in Segregation that was Harassment and retalation over mr Folsom Lawsuit on James crabtree where she works as Law Library stuff.

<u>count 4</u> Janet Dowling violated my Eighth Amendment Right to be Free From cruel and unusual punishment, 14 Amendment Right under Life and equal protection from cruel Harassment and retalation, Humiliate by her staff see Henson v Theran 698 F. supp 150, 152 (N.D. Ill 1988) because of this mental anguish see Northington v. Jackson 973 F.2d at 1524; see Parrish v. Johnson, 800 F2d 600, 605 (6th cir 1986) see 42 U.S.C § 1997 e (e), Loss of Liberty Wright v. Sheppard 919 F.2d 655, 668-70 (11th Cir. 1990) retaliatory placement in segregation see Trobaugh v. Hall 176 F.3d 1087, 1089 (8th cir 1999) see Maurer v. Patterson 197 F.R.D. 244, 249-50 (S.D.N.Y. 2000) unlawFul Transfer see Ustrak v. Fairman, 781 F.2d 573, 578-79 (7th cir 1986) see Lowrance v. Coughlin 862 F. supp. 1090, 1120 S.D.N.Y. 1994 Life in dangerment, see: Weiss v. Cooley 230 F.3d 1027, 1032 (7th cir. 2000), Transferring a mentally disturbed inmate to an over crowded population with no psychiatric care, see Cortes-Quinones v. Jimenez-Nettleship 842 F.2d 556, 554-60 (1st cir 1988) where Folsom ended up in the Hospitable over mental or emotional injury over sexual Harassment and retaliatory misconducts, would not let Folsom Exhaustion of all administrative Remedies see Nolley v. County of Erie. 802 F.Supp 898, 909 (W.D.N.Y. 1992) denial of Law Library access see cowans v. Wynick, 862 F.2d 697, 699 (8th cir 1988) denial of court access, denial of medical treatment see Boretti v. Wiscomb 930 F.2d 2d 1150, 1155 (6th cir 1991) Dowling exhibit malice, ill will a desire to injure, or reckless indifference to mr Folsom rights see shango v. Jurich, 965 F.2d 289, 294-95 (7th cir 1992) Dowling knew about the Sexual Harassment and did not stop it see Daskalea v. District of Columbia, 227 F.3d 433, 441, 343 U.S. App. D.C. 261, 269. (D.C. Cir 2000)

7

Supporting Facts Dowling Let her staff sexualy Harass mr Folsom for months, then retaliatory misconducts behind it, denial of medical treatment, unlawful transfer that was Life Indangerment, would not let mr Folsom Exhaust all administrative Remedies, denial of Law Library access, and wrongful placement in segregation from around 9-1-12 to are around 3-2013 and did not go by PREA Prison Rape Elimination act of 2003.

count 5 Tracy McCollum - Violated my Eighth amendment Right to be free from cruel and unusual punishment, and 14 Amendment Right under Life and equal protection from cruel Harassment and retalation. Let me be Humiliate by staff see Henson V. Theran 698 F.Supp 150, 152 (N.D. III 1988) let mental anguish happen see Northington V. Jackson 973 F.2d at 1524 see parrish V. Johnson 800 F2d 600, 605 (6th cir 1986) mental or emotional injury without physical injury see 42 U.S.C. § 1997e (e), did not let mr Folsom get psychological counselling see PREA Prison Rape Elimination act of 2003 and would not make his staff Let mr Folsom Exhaustion of Administrative Remedies see Nulley V. county of Erie, 802 F. Supp. 898, 909 (W.D.N.Y. 1992) denial of Law Library access see Cowans V. Wyrick 862 F.2d 697, 699 (8th cir 1988) denial of court access, put my Life in danger see weiss V. Cooley 230 F.3d 1027, 1032, (7th cir 2000) mental or emotional injury without physical injury 42.U.S.C. § 1997 e (e)

Supporting Facts: Tracy McCollum Let his staff Harass and retaliate on mr Folsom denial of Law Library access, would not let Folsom Exhaustion of Administrative Remedies, denial of court access humiliate mr Folsom, denial of medical treatment intill mr Folsom stopped eatten and lost over 100 lb and ended up in the Hospitable. Put mr Folsom life in danger. Then transfered a mentally disturbed inmate/offender to an over crowded population with no psychiatric care.

count 6 Mike McDougal Violated my Eighth Amendment Right to be free from cruel and unusual punishment, 14 Amendment Right under Life and equal protection from cruel Harassment and retalation. He Humiliate mr Folsom see Henson V. Theran 698 F.Supp 150, 152 (N.D. III 1988) McDougal beat and abused Folsom see Consolo V. George, 58 F3d 791 (1st cir 1995) see Jones V. Huff 789F. Supp. 526, 536 (N.D. N.Y 1992)

8

and verbally abused mr Folsom violated the Eighth Amendment see Evans v. Hennessy 934 F. Supp 127, 133 (D. Del. 1996) That became mental anguish see Northington v. Jackson 973 F.2d at 1524, see Parrish v. Johnson, 800 F.2d 600, 605 (6th cir. 1986) Mr McDougal wrote mr Folsom a misconduct without any evidence that became retaliatory placement in segregation see Trobaugh v. Hall 176 F.3d 1087, 1089 (8th cir 1999) see maurer v. Patterson 197 F.R.D. 244, 249-50 (S.D. NY 2000) That exhibited malice, ill will a desire to injure, or reckless indifference to mr Folsom rights see Shango v. Jurich, 965 F.2d 289, 294-95 (7th cir 1992)

Supporting Facts mr McDougal help beat and abused mr Folsom and verbally abusive mr Folsom then wrote mr Folsom a misconduct without good evidence then mr Folsom was retaliatory placed in segregation over it Then transferd to another yard where he is not getting medical or psychological counselling do to overcrowded general population. mr McDougal exhibited malice, ill will, a desire to injure, or reckless indifference to mr Folsom right to be free from cruel and unusual punishment by doing these things

Count 7 Lt Lee Violated my Eighth Amendment Right to be Free From cruel and unusual punishment, 14 Amendment Right under Life and equal protection from cruel harassment and retalation, He Humiliate mr Folsom see: Henson v. Theran 698 F. Supp 150, 152 (N.D. III 1988) Lt Lee verbally abusived mr Folsom that violated the Eighth Amendment see Evans v. Hennessy 934 F. Supp 127, 133 (D. Del 1996) then Lt Lee beat and abused Folsom see Consolo v. George, 58 F3d 791 (1st cir 1995) see Jones v. Huff 789 F Supp, 526, 536 (N.D. NY 1992) That became mental anguish see Northington v. Jackson 973 F.2d at 1524 see Parrish v. Johnson, 800 F2d 600, 605 (6th cir 1986) Pain and Suffering during police abuse Consolo v. George, 58 F3d 791 (1st cir 1995) Jones v. Huff, 789 F. Supp. 526, 536 (N.D. NY 1992) Then retaliatory placement in segregation Trobaugh v. Hall 176 F.3d 1087, 1089 (8th cir 1999) that became cruel and unusual punishment in segregation

9

confinement see Caldwell V. District of Columbia, 201 F.Supp 2d 27, 33 (D.D.C. 2001) Then a unlawful transfer see ustrak V. Fairman 781 F2d 573, 578-79 (7th cir. 1986 see Lowrance V. Coughlin 862 F.supp 1090, 1120 S.D.NY 1994) Lt Lee exhibited malice, ill will, a desire to injure, or reckless indifference to mr Folsom right see Shango V. Jurich, 965 F.2d 289, 294-95 (7th cir 1992) Supporting Facts Lt Lee verbally abusive and beat mr Folsom on 7-19-13 at Lexington in a holding cell. Then had mr Folsom put in segregation and not given any hygiene for six days no clean clothing or bedding. It was cruel and unusual punishment the hole time there, could not go outside most the time and no lights in the cells and the Living conditions where very bad.

Count 8 chief of security Francis violated my Eighth Amendment Right to be free from cruel and unusual punishment, 14 Amendment Right under Life and equal protection from cruel Harassment and retalation, verbally abusive violated the Eighth amendment and see Evans v. Hennessy 934 F. Supp 127, 133 (D.Del. 1996) Then Failing to intervene when other staff was beating on mr Folsom see U.S. V. Serrata 425 F.3d 886, 895-96 (10th cir 2005) see mick v. Brewer, 76 F.3d 1127, 1136 (10th cir 1996) Then cruel and unusual punishment in segregation confinement see caldwell V. District of columbia, 201 F supp 2d 27, 33 (D.D.C. 2001) Then the unlawful transfer see U.S Trak V. Fairman 781 F.2d 862 F. Supp 1090, 1120 (S.D. NY 1994) All in All mr Francis exhibited malice, ill will, a desire to injure, or reckless indifference to mr Folsom rights and Life see shango v. Jurich, 965 F.2d 289, 294-95 (7th cir 1992) Supporting Facts mr francis on 7-19-13 verbally abusived mr Folsom started to beat mr Folsom in his office then had his staff take mr Folsom to intake and beat on Folsom. Then locked in segregation where mr Folsom was treated even more bad by the Living conditions. Then retaliatory transferd to a much harder confinement. where mr Folsom is not getting the right psychiatric care.

<u>Count 9</u> Jim Farris Violated my Eighth Amendment Right to be Free From cruel and unusual punishment, 14 Amendment Right under Life and equal protection From cruel Harassment and retalation Then Failing to intervene when his staff beat on mr Folsom see U.S V. Serrata 425 F.3d 886, 895-96 (10th cir 2005) see mick V. Brewer, 76 F.3d 1127, 1136 (10th cir 1996) That humiliated mr Folsom see Henson V. Theran 698 F.Supp 150, 152 (N.D.III 1988) Plus pain and suffering during the police abuse see Consolo V. George, 58 F3d 791 (1st cir 1995) That Let staff punching a handcuffed inmate see Jones V. Huff, 789 F.Supp. 526, 536 (N.D.NY 1992) The mental anguish that came out of this see Northington V. Jackson 973 F.2d at 1524: see Parrish V. Johnson, 800 F2d 600, 605 (6th cir 1986) see mental or emotional injury without physical injury 42 U.S.C. § 1997e(e) then wrongful placement in segregation see Trobaugh V. Hall, 176 F.3d 1087, 1089 (8th cir 1999) see Maurer V. Patterson 197 F.R.D. 244, 249-50 (S.D.NY 2000) denial of Law Library access see Cowans V. Wyrick, 862 F.2d 697, 699 (8th cir 1988 that became not being able to Exhaustion of administrative Remendies see Nolley V. county of Erie, 802 F.supp 898, 909 (W.D.NY 1992) Then Transferring a mentally disturbed inmate to an overcrowded general population with no psychiatric care realy see Cortes-Quinones V. Jiminez-Nettleship 842 F.2d 556, 559-60 (1st cir. 1988) All this exhibited malice, ill will, a desire to injure, or reckless indifference to mr Folsom right and life see Shargo V. Jurich, 965 F.2d 289, 294-95 (7th cir 1992)

<u>Supporting Facts</u> Jim Farris Let his staff Verbally abusive and beat and humiliate mr Folsom Then mistreat mr Folsom in segregation and denial of medical treatment, retaliatory misconduct, wrongful Transferred mr Folsom and would not Let mr Folsom Exhaust Administrative Remedies and denial of Law Library access.

11

<u>Count 10</u> mark Knutson violated my Eighth Amendment Right to be Free From cruel and unusual punishment and 14 Amendment Right under Life and equal protection From cruel Harassment and retalation and not doing hearing on misconduct and Grievances right and Fair under King v. Higgins 702 F.2d 18, 22 (1st cir 1983)

<u>Supporting Facts</u>: The plaintiff Glen Folsom sent misconduct appeals and Grievance appeals to mark Knutson. mr Knutson Let James crabtree, OSR Graint and Lexington violate all mr Folsom constitutional rights privileges and immunities to a Fair hearings on appeals From 12-25-12 to 9-27-13 mark Knutson Let False charges as of misconducts in prison discipline deprive mr Folsom, Let sexual Harassment and Harassment go on. When its his job to stop it as Director Designee.

C) (1) Count III: _____

_____

_____

    (2) Supporting Facts:

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐  No ☒.  If your answer is "Yes", describe each lawsuit.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

      Plaintiffs: _____

      Defendants: _____

   b) Name of court and docket number _____

_____

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

   d) Issues raised _____

   e) Approximate date of filing lawsuit _____

   f) Approximate date of disposition _____

- 4 - 13

2) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C. Yes ☒ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought. *I went with Grievances and misconduct appeals on all this and got lies back and the run around from 11/20/12 to now*

### E. REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief: *Nominal or emotional injury, punitive damages, compensatory damages, Physical injury, mental anguish, presumed damages*

*I also wont my costs associated with prosecuting this civil Action*

*I wont Hospital bill payed to.*

*I wont a Jury trial*

_____        _Glen Folsom_
Signature of Attorney (if any)        Signature of Petitioner

_____
_____
_____
(Attorney's full address and telephone number.)

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. § 1746. 18 U.S.C. § 1621.

Executed at _Holdenville - DCF_ on _____, ~~199~~ 2013.
           *(Location)*                      *(Date)*

_____
*(Signature)*

- 6 -

XE - 2   7/93