# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| GLEN FOLSOM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-13-632-D |
| | ) | |
| MARK KNUTSON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Plaintiff Glen Folsom, a state prisoner appearing *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983 alleging violations of his federal constitutional rights. In accordance with 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to United States Magistrate Judge Charles B. Goodwin for initial proceedings. In a Report and Recommendation [Doc. No. 102] issued on August 12, 2014, the Magistrate Judge recommended denying three motions filed by Plaintiff [Doc. Nos. 40, 52 and 60] pursuant to which Plaintiff seeks preliminary injunctive relief.

As more fully set forth in the Report and Recommendation, Plaintiff claims that during his incarceration at various facilities he has been subjected to harassment and retaliation by prison staff and inmates, faced life-threatening situations, had difficulty obtaining proper treatment for his mental health issues and been denied access to legal resources. The Magistrate Judge recommended denying Plaintiff's requests for injunctive relief because Plaintiff has not satisfied the procedural requirements for such relief and has failed to demonstrate that he will suffer irreparable harm if such relief were not granted.

The Magistrate Judge specifically advised the parties of their right to object to the findings and recommendations set forth therein. He further advised the parties that failure to timely object

would constitute a waiver of their right to appellate review of the factual and legal matters in the Report and Recommendation. The parties' deadline for filing objections was September 2, 2014.

To date, the parties have not filed an objection to the Report and Recommendation or sought an extension of time in which to do so. Accordingly, the Court adopts the Report and Recommendation in its entirety.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 102] is ADOPTED in its entirety. Plaintiff's motions [Doc. Nos. 40, 52 and 60] are DENIED. The case shall proceed before Magistrate Judge Goodwin pursuant to the initial case referral.

IT IS SO ORDERED this 10th day of September, 2014.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE