# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

GLEN FOLSOM,                          )
                                      )
                Plaintiff,            )
                                      )
v.                                    )          Case No. CIV-13-632-D
                                      )
MARK KNUTSON, et al.,                 )
                                      )
                Defendants.           )

## JUDGMENT

Pursuant to the Orders adopting the Report and Recommendation of the United States Magistrate Judge, judgment is hereby entered in favor of Defendants and against Plaintiff.

**ENTERED** this **21st** day of September, 2016.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE